

# THE ATTORNEY GENERAL
## OF TEXAS

GERALD C. MANN

XXXXXXXXXXXXXXXXXXXXX

ATTORNEY GENERAL.

AUSTIN 11, TEXAS

Honorable Vera V. Fogg
County Attorney
Hardeman County
Quanah, Texas

Dear Miss Fogg:

Opinion No. O-4716
Re: County Superintendent is not
required to pay poll tax in order
to legally serve as such officer.

Your request for opinion upon the following stated question:

"  . . . .

"Can a person be elected to the office of County School
Superintendent, and legally serve, when he has not paid
his poll tax, and thus is not a qualified voter of the
county in which he is elected?

" . . . ."

has been received and carefully considered by this department.

Article 2688, Vernon's Annotated Texas Civil Statutes, sets forth the
qualifications of the County School Superintendent; this Article does
not require that he pay a poll tax or be a qualified voter. Article
2927, Vernon's Annotated Texas Civil Statutes, sets out the ineligibility
of certain persons to serve as public officials and prescribes residential
requirements of such officials; this Article does not make persons who
have not paid their poll taxes or who are not qualified voters ineligible
to hold public office.

The nature and purpose of a poll tax is that of a necessary prerequisite to
the right of certain designated classes to vote. Unless otherwise provided,
the office of a poll tax is not that of a necessary prerequisite to
holding office.

Accordingly, it is our opinion, and you are so advised, that a person
need not to have paid a poll tax in order to be elected and to qualify
for the office of County Superintendent.

Very truly yours,

ATTORNEY GENERAL OF TEXAS

s/ Wm. J. Fanning


By
   Wm. J. Fanning
      Assistant

WJF: mbr/ ldw

APPROVED July 24, 1942
s/ GERALD C. MANN
ATTORNEY GENERAL OF TEXAS

APPROVED OPINION CIMMITTEE
BY B. W. B.
CHAIRMAN